IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LINDA A. BRAGG                                                                                   PLAINTIFF

VS.                               CASE NO. 5:06CV00068 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's complaint is dismissed with prejudice.

SO ADJUDGED this 28th day of September, 2007.


*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE